UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PATRICK HICKMAN,

    Plaintiff(s),

v.

KENNETH MEAD, et al.,

    Defendant(s).

Case No.: 2:18-cv-00404-GMN-NJK

**Order**

(Docket No. 15)

Pending before the Court is Defendant Kenneth Mead's motion to extend discovery deadlines. Docket No. 15. Defendant asks to extend certain discovery deadlines for 90 days. No response was filed. Therefore, the motion can be granted as unopposed. Local Rule 7-2(d).

Accordingly, the Court **GRANTS** Defendant's motion to extend discovery deadlines, Docket No. 15, and **SETS** the deadlines as follows:

- Discovery cut-off: December 31, 2018
- Expert disclosures/interim status report: October 31, 2018
- Rebuttal expert disclosures: December 3, 2018

//
//
//
//
//

1

- Dispositive motions: January 29, 2019
- Pretrial order: February 28, 2019

IT IS SO ORDERED.

Dated: August 21, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge