# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HICKMAN,<br>    Plaintiff(s),<br>v.<br>KENNETH MEAD, et. al,<br>    Defendant(s). | Case No.: 2:18-cv-00404-GMN-NJK<br>**Order**<br>[Docket No. 26, 27] |

Plaintiff filed two notices regarding discovery. Docket Nos. 26 & 27. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 10, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge