UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HICKMAN,<br><br>   Plaintiff(s),<br><br>v.<br><br>KENNETH MEAD, *et al*.,<br><br>   Defendant(s). | Case No.: 2:18-cv-00404-GMN-NJK<br><br>**Order**<br><br>(Docket Nos. 34, 35) |

Pending before the Court are Plaintiff's motions to quash Defendant Mead's subpoenas to Bank of America and Wells Fargo Bank, filed on September 24, 2018. Docket Nos. 34, 35. Any response to the motions was due no later than 14 days following the service of the motions. *See* Local Rule 7-2(b).[1] To date, no response has been filed. *See* Docket. Accordingly, the motions to quash the subpoenas, Docket Nos. 34 and 35, are hereby **GRANTED** as unopposed. Local Rule 7-2(d).

IT IS SO ORDERED.

Dated: October 16, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Plaintiff attached a certificate of service to each motion, certifying that the motions were served via U.S. mail on counsel for Defendant Mead. Docket Nos. 34 at 5, 35 at 5. In addition, the CM/ECF system electronically served both motions on counsel for Defendant Mead. Docket Nos. 34, 35.