# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK HICKMAN,

    Plaintiff(s),

v.

KENNETH MEAD, *et al.*,

    Defendant(s).

Case No.: 2:18-cv-00404-GMN-NJK

**Order**

(Docket No. 40)

Pending before the Court is the parties' joint proposed amended scheduling order.[1] Docket No. 40. The parties ask the Court to extend various discovery deadlines by 90 days. Docket No. 40. Local Rule IA 6-1(a) requires that the parties state the reasons for the extension requested and inform the Court of all previous extensions of the subject deadline the Court granted. The parties fail to abide by this rule. *Id.* Further, the parties fail to show good cause why an extension should be granted.[2] *See* Local Rule 26-4. Accordingly, the parties' request to extend discovery deadlines is hereby **DENIED**.

IT IS SO ORDERED.

Dated: October 16, 2018

                                              NANCY J. KOPPE
                                              United States Magistrate Judge

---

[1] The parties improperly filed an amended proposed discovery plan and scheduling order. The parties appear to be aware of the proper method of asking for an extension, as they did so previously. Docket No. 15. Nonetheless, the Court construes this document as a stipulation to extend time. *See* Local Rule IA 6-1.

[2] The parties also fail to include the other requirements of Local Rule 26-4.

1