Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
mparetti@swlaw.com
*Attorneys for Non-Party Wells Fargo Bank, N.A.*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICK HICKMAN,

Plaintiff,

vs.

KENNETH MEAD, in his individual and official capacities,

&

JESSICA WALSH, in her official capacity,

Defendants.

Case No. 2:18:cv-00404-GMN-NJK

**NON-PARTY WELLS FARGO BANK, N.A.'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL [ECF NO. 46]**

**[FIRST REQUEST]**

Non-Party Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys of record, Snell & Wilmer LLP, and pursuant to Local Rule IA 6-1, hereby moves this Court for a thirty (30) day extension to meet and confer with Plaintiff Patrick Hickman ("Plaintiff"), and if necessary, respond to Plaintiff's Motion to Compel ("Motion") [ECF No. 46]. This is Wells Fargo's first request for an extension to respond to the Motion. And for the reasons more fully articulated herein, this motion is made in good-faith and not for purpose of delay.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Wells Fargo is a non-party to this action. The Court docket indicates that Plaintiff initiated this action against defendant Kenneth Mead ("Defendant") on March 6, 2018, by filing a Complaint. [ECF No. 1]. In or around September 2018, Defendant issued a subpoena to Wells Fargo seeking the production of certain business records. Wells Fargo responded to that subpoena

by producing documents to Defendant on or about September 25, 2018. Wells Fargo was never served with notice of Plaintiff's Motion to Quash that subpoena. The Court subsequently quashed Defendant's subpoena after Wells Fargo responded. [ECF No. 41].

On October 10, 2018, Plaintiff served Wells Fargo with a Subpoena seeking similar records to those Wells Fargo already produced. Wells Fargo mistakenly believed that it was served with a duplicate of Defendant's subpoena, to which Wells Fargo had already responded, and therefore, did not respond. Plaintiff subsequently filed his Motion, demanding that Wells Fargo respond to Plaintiff's subpoena. On or about December 3, 2018, Wells Fargo retained the undersigned counsel to respond to Plaintiff's Motion.

Undersigned counsel has attempted to contact Plaintiff to discuss his subpoena and Motion, as well as a potential response to the same, but has been unable to contact Plaintiff. Contact was made more difficult by the fact Plaintiff does not appear to provide either a phone number or email address on the Complaint or Motion, in violation of LR IA 10-2. Wells Fargo has sent a letter via U.S. Mail and has also attempted to contact Plaintiff by telephone at numbers located through internet research. Wells Fargo anticipates that after having an opportunity to discuss the subpoena with Plaintiff, Wells Fargo will be able to respond and/or substantially limit the issues before the Court. Moreover, undersigned counsel has only been recently retained and requires additional time to review this matter and prepare the appropriate response to the Motion, if necessary.

///

///

///

///

///

///

//

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

Accordingly, Wells Fargo requests thirty days to attempt to contact Plaintiff and engage in the meet and confer process to resolve these issues without Court intervention. If Wells Fargo is unable to resolve these issues without Court intervention, it will file its response to Plaintiff's Motion.

Dated: December 12, 2018.

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
Kelly H. Dove, Esq. (NV Bar No. 10569)
Michael Paretti, Esq. (NV Bar No. 13926)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Non-Party Wells Fargo Bank, N.A.*

IT IS SO ORDERED.

NANCY J. KOPPE
United States Magistrate Judge

Date: December 13, 2018

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440