# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HICKMAN,<br>    Plaintiff(s),<br>v.<br>KENNTH MEAD, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-00404-GMN-NJK<br>**Order**<br>[Docket No. 74] |

Pending before the Court is Plaintiff's motion to extend various discovery deadlines. Docket No. 74. A response shall be filed no later than March 15, 2019, and any reply shall be filed no later than March 19, 2019.

IT IS SO ORDERED.

Dated: March 12, 2019

Nancy J. Koppe
United States Magistrate Judge