LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant
Kenneth Mead*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK HICKMAN,<br><br>    Plaintiff,<br>vs.<br><br>KENNETH MEAD, in his individual and official capacities; and JESSICA WALSH, in her official capacity,<br><br>    Defendants. | CASE NO.: 2:18-cv-00404-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT KENNETH MEAD'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, PATRICK HICKMAN, in proper person, and Defendant KENNETH MEAD, by and through his counsel, Kaempfer Crowell, that the current response deadline of April 12, 2019 for the filing of the Plaintiffs Response to Defendant MEAD's Motion for Judgment on the Pleadings [ECF #84], be continued to April 29, 2019.

This is the first request to extend the response deadline to the motion.

DATED this 4th day of April, 2019.

KAEMPFER CROWELL

By  */s/ Patrick Hickman*
PATRICK HICKMAN
P.O. Box 3013
Kingman, AZ 86402

*In Proper Person*

By:  */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendant
Kenneth Mead*

**IT IS SO ORDERED.**

DATED this __11__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT