# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK HICKMAN,

    Plaintiff(s),

v.

KENNETH MEAD, et al.,

    Defendant(s).

Case No.: 2:18-cv-00404-GMN-NJK

**Order**

(Docket No. 136)

On October 4, 2019, Defendant Kenneth Mead filed a motion to stay discovery. Docket No. 132. The deadline to respond to that motion, pursuant to the Court's order at Docket No. 11, was October 8, 2019. Plaintiff failed to respond by that deadline. *See* Docket. Hence, on October 18, 2019, the Court granted Defendant's motion under Local Rule 7-2(d) and because it determined that a stay of discovery was otherwise appropriate. Docket No. 132 at 1.

Shortly after the Court issued its order, Plaintiff filed his response to Defendant's motion to stay discovery. Docket No. 137. Although Plaintiff failed to comply with the deadline imposed by the Court's order at Docket No. 11, the Court **WITHDRAWS** its order at Docket No. 136 in the interest of deciding the motion on its merits with the benefit of briefing from both Defendant and Plaintiff. Defendant shall file a reply to Plaintiff's response no later than October 29, 2019.

IT IS SO ORDERED.

Dated: October 22, 2019

                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge